**Gregory JONES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 50476.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 16, 1986.

Motion for Rehearing and/or
Transfer Denied
Jan. 27, 1987.

Application to Transfer Denied
March 17, 1987.

Kathryn Shubik, St. Louis, for appellant.

William L. Webster, Atty. Gen., John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Movant appeals from the judgment denying his Rule 27.26 motion after an evidentiary hearing to set aside his sentence to four concurrent ten year terms of imprisonment imposed following his plea of guilty to three charges of unlawful possession of a concealable firearm and one charge of assault in the first degree.

The judgment of the trial court is based on findings of fact which are not clearly erroneous. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).